NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1054

CARL J. CONFORTI,

Plaintiff-Appellant,

v.

THE OCEAN GROUP, INC.,

Defendant-Appellee,

and

TIMEX CORPORATION,

Defendant-Appellee.

ON MOTION

Appeal from the United States District Court for the District of Massachusetts in case no. 06-CV-10513, Judge George A. O'Toole, Jr.

## ORDER

Before MOORE, Circuit Judge.

Timex Corporation and The Ocean Group, Inc. move for a 30-day extension of time, until March 19, 2009, to file their briefs. Carl J. Conforti opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 1 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 8 2009

JAN HORBALY
CLERK

cc: Brett N. Dorny, Esq.
    Raymond M. Mehler, Esq.
    Robert D. Fine, Esq.

s19